94 F.3d 658
 320 U.S.App.D.C. 324
 MONEY STATION, INC., Petitioner,
v.
BOARD OF GOVERNORS OF the FEDERAL RESERVE SYSTEM, Respondent.
Banc One Corporation, et al., Intervenors.
 Nos. 95-1182, 95-1243.
 United States Court of Appeals,
District of Columbia Circuit.
 July 31, 1996.
 
 Before: EDWARDS, Chief Judge, WALD, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS and TATEL, Circuit Judges
 ORDER
 PER CURIAM.
 
 
 1
 Prior report: 81 F.3d 1128.
 
 
 2
 Upon consideration of the Suggestions For Rehearing In Banc of respondent and intervenors, the response thereto, and the vote by a majority of the judges of the court in regular, active service in favor of the suggestions, it is
 
 
 3
 ORDERED that the suggestions are granted. These cases will be reheard by the court sitting in banc. The judgment filed herein on April 23, 1996, is vacated.
 
 
 4
 A future order will govern further proceedings.